UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE CONCERNING WAIVER OF JUDICIAL
DISQUALIFICATION

FROM:   Angela D. Caesar, Clerk of Court

TO:     Matthew Michael Graves, E-mail: matthew.graves@usdoj.gov
        Brian Matthew Heberlig, E-mail: bheberlig@steptoe.com
        Reid Henry Weingarten, E-mail: rweingarten@steptoe.com
        William L. Drake, E-mail: wdrake@steptoe.com
        Dan K. Webb, E-mail: dwebb@winston.com

RE:     United States v. Jesse L. Jackson, Jr., 13-cr-00058-RLW

**FILED**
**FEB 1 9 2013**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

      Canon 3D of the Code of Conduct provides (with exceptions not pertinent to these cases) that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding if all the parties and lawyers, after notice of the basis for the disqualification, have an opportunity to confer outside of the presence of the judge and all agree in writing to waive the disqualification under a procedure independent of the judge's participation. Unless a waiver is obtained from all parties and all counsel, Judge Wilkins intends to disqualify in these proceedings because of these circumstances:

      In 1988, while a law student, Judge Wilkins served as a co-chair of Harvard Law School students supporting the presidential campaign of Rev. Jesse L. Jackson, Sr., and on October 24 1988, Judge Wilkins introduced Rev. Jackson when he came to speak at a campus event supporting the presidential candidacy of Governor Michael Dukakis. On March 21, 1999, while an attorney, Judge Wilkins appeared as a guest on a show hosted by Rev. Jackson on the CNN network entitled "Both Sides with Jesse Jackson" to discuss a civil rights lawsuit in which Judge Wilkins was a plaintiff. Judge Wilkins believes that he has spoken to Rev. Jackson only on these two occasions, and he does not believe that he has ever met or spoken to the two defendants in these cases.

      If you and your client(s) wish to waive the judge's disqualification, a letter to that effect from you and from your client(s) must be sent to me within three days of the date of this Notice. A sample letter is enclosed. The letter should be signed and submitted by the attorney of record only after consultation with all of his or her clients in the above-styled and numbered cause. The letters should not be sent to the judge and copies should not be sent to other counsel. **DO NOT E-FILE YOUR LETTER(S). SUBMIT DIRECTLY TO THE CLERK OF COURT.** If all parties submit such letters, this Notice and all responses will be made part of the record, as required by Canon 3D, and the judge will continue participation in the proceeding. If a waiver is not received on behalf of all parties and their respective counsel by noon on February 22, this Notice and any responses will be kept under seal by the clerk and not shown to the judge, nor will the judge be informed of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived in both of the above-referenced cases by noon on February 22, the case will be reassigned to another judge.

      This form must be signed and returned to the U.S. District Court Clerk:

By mail: Angela D. Caesar, U.S. District Court Clerk, 333 Constitution Ave NW, Washington, DC 20001
Or by FAX:   Attention Angela D. Caesar, 202-354-3067
Or by e-mail:  Angela_Caesar@dcd.uscourts.gov

so that the Clerk receives the form **NOT LATER THAN NOON ON FEBRUARY 22, 2013.**

This notice was transmitted on the 19th day of February, 2013.


/s/ Angela D. Caesar
ANGELA D. CAESAR, CLERK