NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE<br>
UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA<br>
WASHINGTON, D.C. 20001

**Criminal Number 1 :13-cr-00058-RLW**

UNITED STATES OF AMERICA

vs.

JESSE L. JACKSON, JR.<br>
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR AS CO-COUNSEL FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

___ CJA

_X_ RETAINED

___ FEDERAL PUBLIC DEFENDER

/s/ [signature]   (Charles J. Ogletree, Jr.)
(Signature)

Charles J. Ogletree, Jr. (DC Bar #272658)
(Attorney & Bar ID Number)
Charles J. Ogletree Consulting
(Firm Name)
54 Pemberton Street
(Street Address)
Cambridge, MA, 02140
(City) (State) (Zip)
617-496-2054
(Telephone Number)