Leave to file GRANTED

Amy B. Jackson
United States District Judge    Date 6/17/13

13-cr-58

**FILED**

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

June 10, 2013

Judge Amy Berman Jackson

Unites States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC  20001

Dear Judge Jackson,

I am writing to offer some "balance" to the Jesse Jackson, Jr. sentencing debate. I cannot pinpoint exactly when the media became so liberal and enamored with Mr. Jackson, but clearly they are (see enclosed Chicago Tribune article from June 9, 2013). Am I to believe that no one has written urging something other than leniency? This article and whoever wrote the headline would have me believe so. I happen to know for a fact that some weeks ago your colleague, Judge Robert Wilkins, released 14 letters on this topic, almost equally divided between those seeking leniency and those, like mine (see enclosed) demanding a strong signal be sent in this case.

Average citizens, and especially those in Illinois, are sick and tired of seeing a double standard of justice applied. We have seen enough of rock stars, professional athletes and politicians acting as though there is one set of rules and laws for "commoners' and an entirely different set for those in the "privileged" class. In Illinois, where we can "boast" that 4 of our last 7 Governors have been convicted of felonies and served hard jail time, this abuse of power has never been more obvious.

I repeat to you what I said to Judge Wilkins: Representative Jackson has confessed to breaking several laws and violating the TRUST placed in him by the citizens of Illinois. I have no doubt that he suffers from an "illness" and that he may very well be a wonderful father (and karaoke singer!), but the fact remains that he is a criminal and should pay, and pay dearly, for his egregious and repulsive behavior.

Sincerely,

Martin A. Dettmer



Martin A. Dettmer
25W646 Summerfield Court
Wheaton, IL  60189
630-665-3483


February 21, 2013

US District Judge Robert L. Wilkins
US District Court for Washington DC
333 Constitution Ave. NW
Washington, DC  20001

**FILED**

**JUN 1 7 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Willkins,

I am writing to voice my outrage and continued disgust with the behavior of many of our elected officials.  Behavior such as that exhibited by Rep. Jackson and his wife demonstrates a total disregard for the law and a gross disrespect for his position and his office.  Representative Jackson's behavior reminds us once again that elected officials consider themselves above the law and "members" of some elite and privileged "club". Is it any wonder that most elected officials are opposed to term limits?  When rank and position offer the opportunity to lie, steal and cheat without fear of discovery or punishment, it must indeed be difficult to resist.  However, **resist they must** and those that fall victim to these temptations must be punished and punished severely.  Therefore, I am writing to urge that you apply the full force and limits of law allowed in sentencing Representative Jackson and his wife.  It has been suggested that you might show leniency in Representative Jackson's case due to his mental "disease".  I believe that to do so would be akin to allowing an alcoholic to claim that his vehicular manslaughter charge was a result of his "disease".  Citizen's everywhere (and especially in Illinois!) are sick and tired of behavior like Representative Jackson's!  A strong message needs to be sent and an example needs to be made!  Please do everything in your power to see that Representative Jackson pays, and pays dearly, for his egregious and repulsive behavior.

Sincerely,


Martin A. Dettmer

Chicago Tribune 6/9/2013

# Letters urge leniency for Jacksons

## Judge to weigh pleas before sentencing

**By Ellen Jean Hirst**
Tribune reporter

As former Rep. Jesse Jackson Jr. and his wife, Sandi, await sentencing in the looting of about $750,000 from his campaign fund, the defense has filed a thick stack of letters of support from prominent figures, including passionate pleas from the ex-congressman's father, mother and sister.

"This is a difficult letter for me to write," the Rev. Jesse Jackson Sr. said, "seeking mercy from the court and understanding for my son and yet joy for all he means to me."

U.S. District Judge Amy Berman Jackson, who is no relation, will consider the letters before she sentences the ex-congressman and his wife, a former Chicago alderman, on July 3. He pleaded guilty to conspiracy to commit fraud, and she pleaded guilty to a related count of filing false tax returns.

In documents filed Friday along with the letters, Jackson's lawyers asked for a sentence lighter than the 46 to 57 months called for under the guidelines, which are not mandatory. Sandi



Jesse Jackson Jr.'s friends and family members, including his sister, Santita, left, his father, the Rev. Jesse Jackson, and his mother, Jacqueline, submitted letters on his behalf.

**BRIAN CASSELLA/TRIBUNE PHOTO**

Jackson's lawyers urged probation for her.

Federal prosecutors are seeking four years for him and 18 months for her, and they suggest that she serve her time before he begins serving his so one parent will be free to care for their children, ages 9 and 13.

The emotional letters of support, some handwritten, filed Friday came from some who have known the Jacksons for decades and others who met the former congressman only once.

Jackson Sr. said that while his son was in Congress, he "fought to save hospitals, counseled youth (and) worked to end the civil war in Liberia," but he admitted not knowing when his son's success story began to waver.

"I am not sure at what point Jesse Jr. began to foil his own ambitions, whether the depression began to set in, whether the duodenal bariatric surgery...or where the bipolar disorder fit into the trajectory," Jackson Sr. wrote.

"I appeal to you for mercy," he wrote, asking for probation for his son.

Jacqueline Jackson, Jackson Jr.'s mother, described the day she found him in Washington "grossly underweight and in poor health."

His sister, Santita Jackson, said she felt Congress might have been "the wrong place for a person of his

sense, sensibilities and ... his challenges."

Other letters from friends, members of Congress, business leaders, community activists and pastors advocated for Jackson Jr., some saying the embarrassment of being publicly exposed was punishment enough.

Several people said Jackson Jr. saved their homes from foreclosure. "I would be homeless if it wasn't for Jesse Jr.," Molly Pratik wrote.

Religious figures noted that Christianity calls for forgiveness. The pastor who baptized Jackson Jr., the Rev. Clay Evans, wrote: "I am petitioning you for mercy when sentencing him for his wrongful act."

More letters of support were filed by Sandi Jackson's lawyers than by her husband's, and many urged the judge to consider her children.

"I cannot imagine Sandi being taken away from a young daughter who needs her so much," Sandi Jackson's cousin Pam Northern wrote. "When visiting with Sandi's children recently ... it appeared that (her **daughter**) knew what was **at stake** and the very possibility of losing her mother."

*ehirst@tribune.com*

Leave to file GRANTED

Amy B. Jackson     Date   6/17/13
United States District Judge

6/9/13

Judge Amy Berman Jackson
U. S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

13-cr-58

**FILED**

Dear Judge Jackson;

JUN 1 7 2013

Re: Sentencing Jesse Jackson, Jr.

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Mr. Jackson should be punished for his actions with a jail term. But because of his unique ability to get things done for his community, I am asking you to consider a 'Work Release' program where he spends 12 hours a day outside of the prison walls addressing the biggest issue facing the Black Community: Creating Jobs.

When anyone commits a crime, that person needs to be punished and some form of restitution needs to be part of the process. If he could help create meaningful jobs, something that has not been addressed in any significant way in large cities, he would be doing something far more important to the welfare of his community than he would by sitting in a jail cell.

I think Mr. Jackson has the skill to do this and I also think he has been humbled by what he has done and would 'jump' at the chance to help his community and partially clear his name.

Regards,

John Nordloh
Warrenville, IL

1700 East 56th Street #1309-10
Chicago, Illinois, 60637
May 1, 2013

Honorable Robert L. Wilkins
United States District Court
For the District oc Columbia
333 Constitution Avenue, N>W>
Washington, D.C. 20001

13-CR-58
**FILED**

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Wilkins,

My name is Carrie Lapsky Davis. I am a NATIONAL HISTORY
MAKER (www.historymakers.com), a former educator, a former
business owner, recipient of CERTIFICATE of SPECIAL
CONGRESSIONAL RECOGNITION from Congressman Bennie
G. Thompson, and presently a trustee for my beloved Tougaloo
College in Tougaloo Mississippi

I am writing this letter on behalf of my friend, Congressman
Jessie Jackson, Jr. I have known Jessie Jr. and his family for over
thirty years. When Jessie Jr. decided to run for congress he
announced his bid to run in the ballroom of my then home in
Chicago's Hyde Park-Kenwood, just three blocks away from
President Barack Obama's home.

I have always been so proud of Jessie Jr., and I always felt that I
played a "little" part in his success. He was like a son and my
entire family shared my affection for him. He has a big heart. He
has worked hard, with great success, for the people of Chicago.

Jessie Jr., made a terrible mistake...poor judgement
call...perhaps something to do with his bipolar mental state...
Whatever or however we want to label it, it was wrong, but this
is not the Jessie Jr. that I know.

I am not writing this letter to try to pretend that what he did was not significant. In fact it was a "big deal." I am sure he understands that too. I am asking that you give him probation and community service. I ask that he be not defined by this one Unforgettable mistake, but do take into consideration all of the good and great things that he has done. What he did does not represent his values...something went terribly wrong!!! I know his incredible mother, his family and the values that they instilled in him.

I cannot understand how spending time in prison could be a more severe punishment than his shame and suffering now. He is in deep deep remorse. I have written to him and I have talked to him. His personal pain and disappointment is beyond belief.

Judge Wilkins, again I want to emphasize, that something went Terribly wrong, and I hope that in making your decision that you will consider his life's work, and all of the good that he has done and all of the good that he can still do.

The price that he is paying right now for what he has done is far greater than any prison sentence could ever be.

Sincerely,

Carrie Lapsky Davis

# Ray Anderson, Jr.

Ray Anderson, Jr.
3326 M. Street, SE
Washington, DC 20019
Phone 301.448.8303
E-Mail:
policypro1@gmail.com

**FILED**

**JUN 1 7 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*13 - CR - 58*

May 22, 2013

The Honorable Robert L. Wilkins
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Wilkins,

It is with a mixed sense of joy and sadness on this Good Friday that I begin writing this letter on behalf of Jesse L. Jackson, Jr. As my prayers are with him and his family for God's grace and mercy, I write to bear witness to the person I have known for more than 35 years who, over those years, has quite often exhibited good character, courage, and unusual dedication, and who has also brought enlightenment to many of life's conundrums. I write to explain the profound impact he has had on my life, and how such an impact has allowed me to advance--exponentially--the interests of many others who have been socially and economically disadvantaged children and families. I write to explain why I believe a person such as he should have the ultimate consideration to pay restitution through continued service to communities in need of the valuable service that he has rendered over many years notwithstanding the crimes for which he has plead guilty.

For the purposes of explaining the depth and breadth of my gratitude for his friendship, please understand from the beginning that I was born in the violently turbulent community of Englewood in the City of Chicago. Englewood has a perilous and long history of gun violence that brings back childhood memories of sleeping on the floor to avoid random bullets and today, as I write, has produced firearms assaults that have victimized 29 students this school year alone at Harper High School (8 murdered and 21 wounded). As a product of this community, I was raised by a strong single mother with enormous moral fiber who had to flee abuse, and move me and my sibling to another perilously dangerous community--East Garfield Park--on Chicago's Westside. I attended an elementary school (K-8) with standards so low, grades inflated so high, and social maladies so profound that I was misled to academic achievement in an education environment that never taught me the mathematical concept of a negative number, and where two of my childhood classmates were full-time prostitutes by 7th grade.

Leave to file GRANTED

Amy B. Jackson
United States District Judge    Date  6/17/13

*13-cr-58*

It was in high school that I was introduced to Jesse L. Jackson, Jr. through his brother and my classmate Jonathan. Having obviously heard of him, I knew little about the person who would play such a pivotal role in my social development, and who would ultimately help guide me to a successful and life-fulfilling career as an advocate for socially and economically disadvantaged children. As a teenager, Jesse was unusually caring about the world around him, focused on preparing himself to make a difference, and building a team of individuals of substance with like interests. Though we enjoyed the usual things that are the basis for building friendships as young men such as competitive sports and chasing girls, he was very mindful of an end goal in the tradition of the family vocation-- rendering service to those in need. Getting to know him was for me an instant discovery of empowerment and destiny—no more a question of what or whether, but of when and how.

The first act of character that I found to be rather unusual for a young man his age was simply unconditional acceptance. He accepted me as his peer and rather immediately on the basis of character (are you going my way) and not for the superficial reasons that generally define relationships by young people. What is significant about this is that he was able to see the Ray Anderson, Jr. that I could become and NEVER used his social or economic advantage or marquee name as a means of control or for the purpose of taking advantage of me who, at the time, could obviously be vulnerable in environments that were foreign to me, but second nature to him. We allowed reason, intellect, and sound judgment to prevail as the character of our relationship as we perhaps saw in each other an indifference to those superficial things that could have defined a relationship of convenience rather than purpose.

In some years immediately following college, we became roommates in a house across the street from his parents. It was here that I discussed with him my dissatisfaction working in a corporate environment where there was no correlation between the eight hour work day and a sense of purpose devoted to changing the life conditions of people who, like me, were born disadvantaged socially and economically. Jesse Jackson, Jr. advised me that if I wanted a life of service, then I should spend time traveling with his dad to learn what he does and how he does it. This was, again, another character defining moment that Jesse--a young man who I observed to be so keenly enamored with a hero who was also so close and personal that he could call dad--was willing to share this most intimate relationship with his friends notwithstanding the limitations imposed on his personal and private time given his father's very public life and demanding public schedule and that his father's time had to be divided between four other siblings; that he would not only give freely of this rich resource, but work hard to cultivate the relationship between his dad and me, and to facilitate my change in careers as I quit my job as the Chicago Business Unit Manager for the Colgate-Palmolive Company to begin traveling with Reverend Jesse L. Jackson, Sr. daily as his executive assistant. Perhaps needless to say, this was a life-changing moment for me as, on my first day, we met President Nelson Mandel at the airport in Chicago to escort him on his tour of the city.

After spending nearly 3 years of the most impressionable work experience of my life traveling w/ Reverend Jackson, I transitioned to the Chicago Public Schools as the Deputy Chief of Staff to the CEO and ultimately I became the school district's Washington, DC lobbyist/advocate. Without question, I could not have had the success on behalf of Chicago's children without the great support of Congressman Jackson. To this day, Congressman Jackson has sown seeds that produce fruit on behalf of Chicago's and the nation's children that he is unaware of, and has never been credited for. For example, on one occasion while visiting Capital Hill, I stopped by his office to discover he was finishing

a meeting w/ his committee chairman Ralph Regula. He introduced me, and without hesitation agreed to host a meeting with the Chicago school district CEO, Paul Vallas, who Congressman Jackson knew would have a menu of suggestions on how to improve education spending to raise achievement among the nation's most at-risk youth. Because of this unprecedented meeting and a simple suggestion, billions of dollars have been redirected by statutory formula to the Title I Targeted Assistance Grant (a budget line weighted heavier for the nation's most impoverished students that heretofore had not been funded) to successfully increase the nation's achievement among its poorest children.

While congressional earmarks were becoming the subject of "the fleecing of America" national news reports, Congressman Jackson never failed to use his member initiated funding for the good cause of the people of Chicago and the 2nd Congressional District. On each and every occasion that administrators of the Chicago Public Schools brought funding initiatives for me to carry in request to Congressman Jackson, he provided funding. Simply put; if it made sense and got results for children, he gave it a green light. As a result, the Chicago Public Schools received more earmarks to advance the public's interest in providing quality education services than any other district in the nation except the New York City Board of Education related to the September 11/911 attacks. *(Please see attached listing of Congressman Jackson's earmarks)*

In years 2002 and 2004, I received two separate personal letters from Senator Edward M. Kennedy of Massachusetts with the following ending sentences inscribed respectively: "...thank you for your assistance and all that you do for the children of Chicago..." and "....thank you for all your hard work and support. Until we see you next, Vicki and I send our best wishes and warmest regards." These letters could not have been received without the years of devotion I received from Jesse L. Jackson, Jr. as they are a light years distance from the child of Englewood and East Garfield Park who, with the loving arms of a sacrificial single mom, survived a community of abject poverty and social dysfunction. However, to survive is merely to exist. It was the love and family devotion of two mothers who may have met only once or twice (Ms. Dorothy L. Anderson and Ms. Jacqueline L. Jackson), but who were kindred spirits who had the moral character and wisdom to raise two sons with the spiritual discernment to recognize that moral character in each other. Moreover, for the one of privilege (at an early age) to make room for the one of possibility is for both to have internalized the words spoken to generations affirming the humanity uniting us all by Reverend Jackson. For the child of possibility, it was and remains that "I am somebody!" For the child of privilege, it was and remains that "Everybody is somebody!" A lifetime that has manifest good deeds for those in need on the simple premise that everybody is somebody expresses the core character of my good and abiding friend Jesse L. Jackson Jr. as mine is a living testimony.

Thank you for your time and consideration of my appeal on behalf of Mr. Jackson.

Sincerely,

Ray Anderson, Jr.

5/22/20 36:36:16 PM

3

A list of appropriations requests funded by Congressman Jackson for the Chicago Public Schools includes the following:

| | Earmark | Support | | |
|---|---|---|---|---|
| **Fiscal Year 1999** | | | | |
| NASA Grant | $525,000 | direct | | |
| | | | **Total:** | $525,000 |
| **Fiscal Year 2000** | | | | |
| Bronzeville Academy | $5,000,000 | indirect | | |
| Substance Abuse | $2,500,000 | indirect | | |
| Youth Outreach Workers | $100,000 | indirect | | |
| | | | **Total:** | $7,600,000 |
| **Fiscal Year 2001** | | | | |
| Bronzeville Academy | $5,000,000 | indirect | | |
| Consortium for the | | | | |
| Advancement of Teaching | $3,700,000 | indirect | | |
| After School | $250,000 | direct | | |
| | | | **Total:** | $8,950,000 |
| **Fiscal Year 2002** | | | | |
| Magnet Schools | $723,000 | indirect | | |
| After School | $250,000 | direct | | |
| | | | **Total:** | $973,000 |
| **Fiscal Year 2003** | | | | |
| After School | $500,000 | direct | | |
| Reading Initiative | $100,000 | indirect | | |
| Virtual High School | $500,000 | indirect | | |
| Chicago Teachers Pipeline | $200,000 | indirect | | |
| | | | **Total:** | $1,300,000 |
| **Fiscal Year 2004** | | | | |
| Englewood Health Clinic | $1,500,000 | indirect | | |
| After School | $250,000 | direct | | |
| | | | **Total:** | $1,750,000 |
| **Fiscal Year 2005** | | | | |
| Reading Initiative | $200,000 | indirect | | |
| Chicago Board of Education | $72,750 | indirect | | |
| Naval Academy | $2,100,000 | indirect | | |
| After School Programs | $225,000 | direct | | |
| Career Academies | $340,000 | indirect | | |
| Child-Parent Centers | $600,000 | indirect | | |
| Teachers Academy | $72,500 | indirect | | |
| At-Risk Youth | $300,000 | indirect | | |
| *Magnet School Grant | $8,900,000 | direct support | | |
| | | | **Total:** | $12,810,250 |
| **Fiscal Year 2006** | | | | |
| Academy for Urban School Leadership | $900,000 | indirect | | |
| Avalon Park Elementary School | $200,000 | indirect | | |
| | | | **Total:** | $1,100,000 |
| **Fiscal Year 2007** | | | | |
| Marine Corps Military Academy | $300,000 | indirect | | |
| + additional | $300,000 | | | |
| | | | **Total:** | $600,000 |

*May 22, 2013*
*Page 5*

**Fiscal Year 2008**

| | | | | |
|---|---|---|---|---|
| After School Counts | $1,034,000 | indirect | | |
| Science Lab Equipment | $1,000,000 | indirect | | |
| After School Counts | $188, 000 | direct | | |
| | | | **Total:** | $2,222,000 |

**Fiscal Year 2009**

| | | | | |
|---|---|---|---|---|
| CPS Transition Program | $1,200,000 | indirect | | |
| DePaul University for math science education in Chicago Public Schools | $750,000 | indirect | | |
| Senn High School technology Upgrades | $381,000 | indirect | | |
| Academy for Urban School Leadership | $238,000 | indirect | | |
| CPS Enrichment Activities | $190,000 | indirect | | |
| | | | **Total:** | $2,723,000 |

**Fiscal Year 2011**

| | | | | |
|---|---|---|---|---|
| **Talent Search/TRIO | $1,150,000 | | | |
| | | | **Total:** | $1,150,000 |

**Subtotal:**   $31,689,250 Congressional Earmarks FY 1999-2009
$8,900,000 Magnet School Grant FY 2004-2007
$10,107,216 Magnet School Grant FY 2007-2010
$1,150,000 Talent Search/TRIO Grant FY 2011-2016

**Grand Total:   $51,846,466 ($51.8 million)**

\*    Magnet School grant was achieved via a combined effort of hiring a professional grant writer, submitting a strong application, holding regular meetings w/ U.S. Department of Education Magnet School program officer Steve Brockhouse, reviewing past successful grants, attending Magnet Schools Association of America (MSAAM) annual conference and grant planning sessions, gaining the support of Illinois/Chicago congressional members and members of the Education and Workforce Committee, and appropriations committee for the submission of support letters on behalf of CPS, facilitating Rep. Jackson as keynote speaker at MSAAM annual conference luncheon, and facilitating his submission of a funding request to appropriations committee to reallocate end-of-year un-obligated funds to the Magnet Schools Assistance Program budget line to increase the number of grant awards from 50 to 60.

\*\*   TRIO/Talent Search funding was a direct result of changing a provision of the Higher Ed Act to allow school districts to become direct recipients of grant funding for such programs.

4442 E. River Oak Trail

Tucson, Az. 85718

June 5, 2013

The Honorable Amy Berman Jackson

333 Constitution Avenue N.W.

Washington D.C. 20001

Re: Representative Jesse Jackson, Jr.

_Leave to file GRANTED_

Amy B. Jackson          Date  6/17/13
United States District Judge

13-cr-58

**FILED**

**JUN 1 7 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Jackson,

I am writing you concerning Representative Jesse Jackson, Jr. and your consideration for leniency in his sentencing.

Representative Jackson has been both a friend and confident. It is with this knowledge that I can assure you there are circumstances that warrant your consideration.

While his diagnosis of bipolar disorder was only made last July the behaviors that define the disorder began in 2004 coincident to his bariatric surgery. The standard of care for bariatric surgery includes a pre-surgical psychiatric/psychological assessment. For reasons that are unclear to me, Representative Jackson was literally launched into surgery without the requisite psychological evaluation. It is my opinion that if he had received standard of medical care including pre and post surgical psychological assessment there would have been recognition of a concurrent diagnosis of BPD and appropriate treatment could have been instituted earlier rather than being delayed for 8 years.

During his 2006 exploration for consideration of candidacy for the Mayor of Chicago his campaign staff had noted that Representative Jackson was afflicted with extreme and rapidly cycling mood swings. This is another hallmark of BPD.  Unfortunately there was no one to take heed or understand what the implications of this behavior suggested.

The consequences of this have been enormous. The purchases that were made through campaign funds literally scream of an individual who is untreated and experiencing out of control bipolar disorder. Confounding this were the additional professional obligations to his congressional responsibilities that resulted in chronic sleep deprivation. Sleep deprivation is a known trigger for BPD exacerbations.

Unless someone has been personally touched by a family member with BPD it is nearly impossible to understand or empathize with the consequence of impaired judgment that bipolar disorder inflicts upon the sufferer. Frivolous and uncontrolled spending is a trait, literally a signal flair, that is common to the diagnosis. The desire to spend is akin to an insatiable itch that doesn't respond to scratching.

Representative Jackson has an impeccable history of good works and good judgment prior to his bariatric surgery. His fall from grace as a consequence of impaired impulse control has devastated his family and his constituency. As for Representative Jackson, I have never witnessed greater remorse or greater desire to address and correct past behaviors. As you know, he remains under medical care and his cognition, insight, and understanding of his actions have been restored and remain intact.

Representative Jackson has made numerous positive contributions to our society and our way of life. His decision to fully cooperate, avoid a trial, accept responsibility for his indiscretions, and make restitution reveals that his basic character of honesty and desire to do the right thing has been resurrected with appropriate help and medical intervention. I can perceive no benefit to our country, our political system, or our way of life that would be derived through his incarceration. Despite his current medical improvement, BPD is a chronic disease and I am certain that incarceration will only serve to undo all of the gains that Representative Jackson has made since initiating treatment.

As a Judge I know that you will give balance and wisdom to your decision concerning Representative Jackson's sentencing. I pray that that your balance is leveraged by your compassion and understanding of a complex and tragic situation and your wisdom guides you to the best decision concerning Representative Jackson's fate.

Respectfully,

*Mitchell Halter PhD, MD*

Mitchell Halter, PhD, MD

Leave to file GRANTED

*Amy B. Jackson*

Amy B. Jackson          Date  6/17/13
United States District Judge

724 KANE STREET

AURORA, IL. 60505

05/13/2013

JUDGE AMY JACKSON

US DISTRICT COURT

333 CONSTITUTION N.W. AVE. STE 8522

WASHINGTON, DC 20001

DEAR JUDGE AMY JACKSON,

13-CR-58

**FILED**

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MY NAME IS JOHNNIE HUGHES AND I AM A VIET NAM VETERAN WHO HAD THE OPPORTUNITY OF MEETING JESSE JACKSON JR AT HINES VA HOSPITAL ON MARCH 15, 2004. HE WAS THERE FOR A SPEAKING ENGAGEMENT AND I WAS THERE FOR A SCHEDULED APPOINTMENT.

I WAS IMPRESSED BY HIS STONG SUPPORT FOR ALL VETERANS AND THEIR CONCERNS! HE WAS VERY ADAMENT ABOUT KEEPING HINES VA HOSPITAL OPEN FOR VETERANS AND NOT TO BE CLOSED OR USED FOR ANY REASONS OTHER THAN FOR VETERANS.

MANY ELIGIBLE VETERANS AND UNINSURED VETERANS WERE GIVEN A SECOND CHANCE TO GET MEDICAL, PSYCHIATRIC, AND SOME CASES DENTAL BENEFITS. I FEEL OBLIGATED TO WRITE THIS LETTER OF SUPPORT BECAUSE HE HAD COMPASSION AND CONCERNS FOR VETERANS WELL-BEING NOT KNOWING SOMEDAY THAT HE WOULD HAVE A CONDITION AND A PREDICTAMENT THAT WARRANTED A SECOND CHANCE.

JESSE JACKSON JR PLEADED GUILTY AND PUBLICLY STATED THAT HE WAS SORRY FOR HIS ACTIONS AND I AM PLEADING WITH YOU TO TAKE HIS MEDICAL CONDITION INTO CONSIDERATION WHILE DETERMINING YOUR SENTENCING DECISION. HE NEEDS A SECOND CHANCE ALSO!

INNER CITIES THROUGHOUT THE US AND IN HIS HOME TOWN OF CHICAGO ARE IN NEED FOR A PERSON OF HIS STATURE DOING COMMUNITY SERVICE TO IMPROVE THE CONDITION OF  SCHOOLS, NEIGHBORHOODS, AND CRIME. I THINK THAT HE COULD SERVE THE PUBLIC MUCH BETTER DOING PUBLIC SERVICE IN AREAS THAT ARE IN DESPERATE NEED OF RECONSTRUCTION.

BLESSINGS,

*Johnnie Hughes*

JOHNNIE HUGHES

935 E. Golf Rd. Apt. 3
Arlington Heights
Illinois 60005

**FILED**

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

May 17, 2013

Honorable Amy Berman Jackson
Judge, United States District Court
United States Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001

Leave to file GRANTED

Amy B. Jackson                     Date 6/17/13
United States District Judge

13-CR-58

Dear Judge Jackson:

Earlier this week, it was reported in the news media that little children have
been commandeered by adults to write emotional letters sympathetic to Jesse
Jackson Junior, attempting to reduce or even avoid his prison sentence.

What kind of lesson does this send to the youth of America? That privileged
politicians can get away with corruption? That the bond of public trust is
meaningless? That they can feign a vague mental condition that supposedly
distorts their ability to know wrong from right? That they can continue their
wave of corruption and even if caught red-handed in a massive fraud, would
receive only the proverbial slap on the wrist? Or no slap at all? That they are
exempt from the punishment that would be swiftly imposed upon those of
modest status and fame for even lesser infractions of the law?

I am reminded of Vinny "The Chin" Gigante. He was the mobster who
wandered the streets of New York City in his pajamas and bathrobe while
mumbling gibberish. He was able to convince even some psychologists that
he was crazy, all the while running the Genovese crime family. Fortunately,
the courts saw through the ruse. Things are not always as they are feigned.

Yours truly,

Neal Underwood

Neal Underwood

Leave to file GRANTED

*Amy B. Jackson*

Amy. B. Jackson          Date    6/17/13
United States District Judge

13 - CR - 58

815 Greenbriar Lane
University Park, IL  60484-2807
May 13, 2013

U. S. District Judge Amy Berman Jackson
333 Constitution Avenue,  N.W.
Washington,  D. C.  20001

# FILED

## JUN 1 7 2013

**Clerk, U.S. District & Bankruptcy**
**Courts for the District of Columbia**

Dear Judge Jackson:

Please do not be too soft on Jesse Jackson, Jr., he needs to learn his lesson . Stealing from his constituents is unconscionable.  Those of us who live in his District have been without representation for around 10 months.  Many of us in his district would like to see him in prison for a long time.

In consideration of the children, serving his term at a different time from Sandi's would make sense so the children are cared for by one parent while the other one is away.  If Sandi is put on probation, she needs an ankle bracelet greatly restricting her movement.

Thank you.

Sincerely,

*Aris Tomac*

Aris Tomac


Email:  arisjt@sbcglobal.net

June 9, 2013

Leave to file GRANTED

*Amy B. Jackson*

Amy B. Jackson                    Date
United States District Judge      6/17/13

13-cr-58

FILED

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Jackson,

The Chicago Tribune has periodic reports on the influential, famous and celebrated friends and politicians who write letters to you pleading a case for leniency for former Congressman Jackson, and his wife, former Alderwoman Jackson. It occurred to me you might be interested in what one ordinary citizen who is familiar with their personal and professional activities in their former District and Ward thinks about their sentencing.

The argument that their children need them is a false one. Everyone who is incarcerated has someone who needs them—children, a parent, grandparent or spouse. Two former Illinois Governors sentenced to serve long terms despite in one case having two young children and an unemployed wife, and in the other case a wife who went through a terminal illness and died while he was in prison. These situations are part and parcel of the punishment.

Although I am currently out of work, I have worked for nearly forty years and can assure you was never able to accumulate a Rolex watch, elk heads, or mink capes for my wife honestly through earnings much less dishonestly as they did.

The public already demoralized by the steady drip of corruption in Chicago, Cook County and Illinois state politics is now presented with corruption at the federal level.

Thank you for taking my view into consideration.

Bob Miller

*B A Miller*

5000 East End Avenue #10C Chicago IL 60615

Judge Amy Berman Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Leave to file GRANTED

Amy B. Jackson          Date  6/17/13
United States District Judge

**FILED**

13 cr 58

**JUN 1 7 2013**

June 9, 2013

Dear Judge Berman Jackson:

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I am writing to you regarding the sentence of Jesse Jackson, Jr., and his wife, that will be handed down in the near future, and urge you to give them the maximum sentence allowed. I have a clinical background, a Master of Jurisprudence in Health Law, and an MBA. I point that out only as a reference to Jesse's claim that his bipolar disease is related to his actions. That is absolutely ridiculous.

I have also lived in Chicago most of my life, and I am as tired of excuses that all of the crooks here seem to have as the next guy. These individuals who have gained the trust of so many should pay dearly for their illegal actions. I know the Jackson's have young children, and frankly I don't care, as they should have thought about that before engaging in these activities. Having each of them serve prison sentences separately so one parent can care for their children I am okay with. However, if they both serve their sentences at the same time, I am okay with as well. Jesse's parents could care for the children if needed.

There is no excuse in the world for these illegal actions, and they should have thought about the ramifications beforehand. The Jackson's need to be held accountable for their illegal activities. When their actions were first uncovered, I also pulled their Form 990s to take a look at their salaries because I am suspicious of their other activities. I am at a total loss as to how any bank would ever give them a loan for an expensive town home, like the one they own, in Washington, DC. There is no way on earth that they could ever afford something like that. I am sure that there are more underhanded efforts at work than we even realize.

An example needs to be set to ensure that people think twice before engaging in felony activities, or any other underhanded activities. I work for clients around the world, and my ethics are above reproach, and I would not have it any other way. I would like Jesse and his wife to be sentenced to the maxim allowed by law, and they need to pay back the money they used illegally, and more if allowed by law. This behavior has to stop! Thank you for your consideration.

Best regards,

Patricia J. Coleman

Leave to file GRANTED

*Amy B. Jackson*                    Date  6/17/13
United States District Judge

**John Polacek**



9440 South Avers Avenue, Evergreen Park, IL 60805
*Phone: 708-424-2957*E-mail: johnpolacek@att.net

May 16, 2013

Judge Amy Berman Jackson
333 Constitution Avenue N.W.
Washington, D.C. 20001

13 - cr - 58

# FILED

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Judge Jackson,

Two more Illinois politicians are facing jail time due to the choices they made pertaining to their misuse of campaign funds. Former Rep. Jesse Jackson Jr. and his wife, former Chicago Alderman Sandi Jackson will be sentenced by you on July 1, 2013.

Both Jesse and Sandi pled guilty to the charges against them. The Jacksons conspired to deceive the public. Jesse knowingly opened a bank account for the sole purpose of transferring money to pay down personal credit accounts. Jesse and Sandi knew what they were doing was wrong but thought that the Rolex watch, stuffed elk heads, vacations and celebrity memorabilia outweigh the importance of public service and their children's' future.

Jesse Jackson Jr.'s medical leave for exhaustion only confirmed the fact that he was deterring the inevitable. Sandi stood right next to him and supported his total disregard of his constituents. Jesse also paid to bring his friend to Chicago from Washington, D.C. Even Sandi must have known what was going on behind her back. Bipolar disorder can only be the excuse for some of Jesse's disgraceful choices. Once the power couple of Chicago has now become the infamous culture of public corruption.

History proves Illinois is a cesspool of corrupt politicians and putting them behind bars does not seem to be a deterrent. Please lead in the challenge to the way Illinois politics are carried out by sentencing Jesse Jackson Jr. and Sandi Jackson to the maximum penalty recommended. Persecutors should also press charges against the other six people identified in contributing to this vandalism of power.

Respectfully,

John Polacek

**Larry W. Ettner, DM**
**5 Farrington Circle**
**Lincolnshire, IL 60069**
**847-917-9608**

May 21, 2013

*Leave to file GRANTED*

*Amy B. Jackson          Date  6/17/13*
*United States District Judge*

U.S. District Judge Amy Berman Jackson
U.S. District Court for District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

*13-cr-58*

# FILED

JUN 1 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re: Jesse Jackson Jr. and Sandi Jackson sentencing

Dear Judge Jackson:

As an Illinois resident of 24 years and professor who teaches ethics in an MBA program I would like to comment on both Jesse and Sandi Jackson. I am worried about the Jackson's children but they have an incredible support system of Grandparents that will provide the physical and emotional support necessary during the parent's incarceration. Most incarcerated individuals lack these support structures.

The Jackson's made significant decisions that were self indulgent and narcissistic, serving their own self-interest. These were detrimental to those that entrusted their well being to these privileged and elected representatives. They gave little or no consideration to those that elected them, and more importantly stole monies that were entrusted to them. They violated their oaths to 'serve the people' and instead served themselves. These acts are unforgivable. No court should think beyond the acts that were planned and perpetrated.

Now others plead for leniency from yourself, which I disagree with. If the Jackson's had not been confronted and caught, they would be living off others with little or no remorse. Thus they need to confront their crimes and be punished to the full extent of the law. Elected officials have an obligation when elected to 'role model' and provide an example for others to follow. The Jackson's clearly didn't give a damn about their fiduciary obligation to those they represent.

As I teach MBA candidates I attempt to emphasize and focus on the values necessary to negotiate a turbulent and changing world. Leaders such as the Jackson's cannot 'walk away' from their responsibility. If they do we send the wrong message to others and generations that need models of behavior. I urge you to apply the law,

and incarcerate the Jackson's. This will provide justice to those they swindled and lied to.

Sincerely,

Dr. Larry W. Ettner
Professor of Management Practice
Atkinson Graduate School of Management
Willamette University
Salem, Oregon