Leave to file GRANTED

_____
Amy B. Jackson            Date
United States District Judge  6/21/13

[Clerk of the Court] Sentencing of Jesse Jackson Jr.
kenkun01   to: DCD_ClerkofCourt
Sent by: dcd_internet@www.dcd.uscourts.gov

**FILED** 6/14/2013 02:15 PM

| | |
|---|---|
| From: | kenkun01@comcast.net |
| To: | DCD_ClerkofCourt@dcd.uscourts.gov |
| Sent by: | dcd_internet@www.dcd.uscourts.gov |

**JUN 21 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

13-CR-58

Kenneth Kunka sent a message using the contact form at
http://www.dcd.uscourts.gov/dcd/contact.

Please pass this message to U.S. District Judge Amy Jackson..

Honorable Judge Amy Jackson,
   As a lifelong resident of Cook County, Illinois, I was appalled to hear of
the recent support of former Congressman Jesse Jackson from some of his peers
in Congress. Cook County is likely the most corrupt county in the most
corrupt state and the self serving greed displayed by Mr. Jackson over
several years in office qualifies him for the Illinois Hall of Shame. I
implore you to consider the seriousness of his crimes over a period of time
and to render the maximum sentence under the law. I thank you for the
opportunity to express my opinion.
Kenneth Kunka,
Resident of Cook County

*Leave to file GRANTED*

*Amy B. Jackson*
Amy B. Jackson
United States District Judge
Date 6/21/13

June 7, 20113

13-cr-58

Chris Kilgus

**FILED**

JUN 21 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

District Judge Amy Berman Jackson
333 Constitution Avenue N.W.
Washington D.C. 20001

Subject: Jessie Jackson Jr. Sentencing

Dear Honorable Judge Jackson:

I am writing as a private citizen to encourage you to sentence Jessie Jackson Jr. to at least the minimum that was recommended by the prosecution. Frankly I am appalled with his behavior and would like to see an even longer prison sentence.

Sincerely,

*Chris Kilgus*

Chris Kilgus

Robert W. Hawkinson, Jr.

*Leave to file GRANTED*

*Amy B. Jackson       Date 6/21/13*
*United States District Judge*

June 12, 2013

Judge Amy Berman Jackson
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

**FILED** 13-cr-58

JUN 21 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Jackson,

I write in regard to the upcoming sentencing of former Congressman Jesse Jackson, Jr. A recent (June 9, 2013) article in the Chicago Tribune reported that a "thick stack of letters of support" for Mr. Jackson was filed by his defense team urging leniency in sentencing. A previous report, also in the Tribune, stated that Judge Wilkins released 14 letters in relation to the sentencing, nearly equally divided between those seeking a sentence within the guidelines and those advocating leniency.

I urge you to follow the guidelines when you sentence him. Across the country and especially in Illinois, citizens are very tired of seeing lighter sentences given, for example, to the economically well off, professional athletes, those in the entertainment industries, and politicians who have broken the laws. Their status and fame should not mean that a different standard of accountability be applied to them, and thus a lesser weight of justice.

Mr. Jackson has violated and broken the trust given to him by the people when he was elected. While there is no disputing his health issues, other criminals of little or no national notoriety have entered prison with similar ills, and being "commoners", have not necessarily been given a lesser sentence because of the medical conditions. Mr. Jackson is a criminal and should pay dearly for his outrageous and egregious conduct, and for the lack of respect he has shown for his office, the law, and the people who elected him.

Sincerely,

Robert W. Hawkinson, Jr.

*Leave to file GRANTED*

Amy B. Jackson
United States District Judge   Date 6/21/13

Honorable Amy Berman Jackson

333 Constitution Avenue N.W.

Washington D.C. 20001

13-cr-58

**FILED**

**JUN 21 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Jackson,

The sentencing Of Former Congressman Jesse Jackson Jr. is fast approaching and I wanted to add an opinion. **_He should get the full sentence_**.   He has taken advantage of the public trust.  A trust earned by his father and handed to him.  A trust bestowed upon him by not only the people of the second district, but the people of Chicago, and African Americans worldwide.

If I get a parking ticket I will pay a fine,  If I hit my wife I will go to jail,  If I am caught with a gun I will go to jail and pay a hefty fine.  What makes politicians immune to criminal charges?  He has stolen more money than any other congressman in the history of congress-And by the way, that amount only covers approximately 10 years (he was a Congressman for far longer).  Can we let alcoholism and bipolar give him a pass?  What's fair is fair; he knew the game he was playing. "His 3 Aces was beat by a flush".  Make an example of him and to everyone in Washington D.C.

Sincerely,

African American Voter

Philip C. Basil, D.D.S.

FILED
JUN 21 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Leave to file GRANTED

Amy B. Jackson
United States District Judge        Date 6/21/13

13-cr-58

The Honorable Amy Berman Jackson
United States District Judge
District of Washington D.C.
333 Constitutional Ave. NW
Washington, DC  20001

June 15, 2013

Dear Judge Jackson,

 My oldest son, an attorney who once clerked for a federal judge, has informed me that letters such as this have very little influence on a judicial decision. While I highly respect his opinion, I still feel compelled—even obligated—to write regarding the sentencing of former Rep. Jesse Jr.

 My grandfather was an immigrant who came to this country as a young man with a wife, a desire to raise a family in a free land, and very little else. He died at a very young age and I remember him only vaguely as a quiet, kindly man whose halting, broken English was difficult for a child to understand. My father told me he raised a large family by working an endless series of strenuous physical jobs. I was also told his pride and dignity were never diminished by even the most demeaning labor. I do not know if my grandfather ever achieved citizenship, but my father often spoke of his deep pride and gratitude in raising his family in this country. Consequently, at my grandfather's request, his children rarely failed to vote.

 My father, a man of very limited educational achievement, also raised a large family with the strength of his back, with almost always a part time job in addition to his full time position, Aside from a rare long weekend at a Wisconsin campground, our family went on no vacations. My father always worked. But there was never a sense of deprivation, only love and dedication. Our father would come home after a twelve or fourteen hour work day and fix a bicycle, play catch with us, or simply listen to our tales of the day before often falling asleep at the dinner table. Like most men of his generation, he valued his family above all else and provided us with every benefits his limited resources would allow. His only personal indulgence that I can remember was his proud attendance at as many of our athletic events as his work would permit. Even among a largely blue collar audience, he was self-conscious of his soiled work clothes and sit quietly apart from the other parents, often returning to work when the contest ended. Our athletic shoes often came from a resale store, but so did his work boots and I'm certain ours cost more than his. As we grew older he would appropriate our worn and ragged practice jerseys and sweatshirts at seasons end and carefully store them away. They were his memorabilia and he

wanted to save them for his grandchildren.

I was also amazed as a child that my father never seemed to become ill. It was only in later years that I realized that my father never allowed himself to *appear* ill. I am certain he often labored through illness that would have delegated most to bed . A quiet man, he taught by example, not lectures or speeches. His only frequent axiom I will always remember was *A paycheck is an honor. Make sure you deserve it.*

Like his father before him my father also died at a very young age, a month before his first grandchild was born. I suspect both men were in part victims of the grueling physical demands of their labor. I read that Rep. Fudge of Ohio called Jackson " charming, entertaining and the highlight of our karaoke nights. " I am certain that my grandfather and father, had they had the time off from their jobs to attend, would have been too weary to be the highlight of any social function. I also doubt either man knew what a Rolex was. After the band of his inexpensive watch broke, my father carried it in his pocket.

I also recently read that former Rep. Jackson, despite his new found subservience and humility, has yet to file a financial disclosure report required when leaving the House. Apparently enough arrogance persists that he felt only required to make laws, not adhere to them. Or possibly this too was caused by his debilitating mental condition. I am aware that bipolar disorder can cause mood swings. Can it also cause a lapse of honesty? Integrity? Was his wife also afflicted? I wouldn't know: *my father always worked.*

You are a purveyor of justice. I do not know if a lenient sentence for Jesse Jackson Jr. would diminish justice, but it would insult and dishonor my father, his father, and the countless other individuals who honestly, selflessly labor much of their lives for less than Jackson and his wife misused or stole under the pretense of public service. A lenient sentence would also further dishearten the citizens of a state perpetually burdened by leadership corruption.

My father was a decent, humble man. I am deeply proud to be his son and sincerely try to emulate the values he taught. But he would be profoundly embarrassed by this discourse on his life. In respect to his memory, I request you do not publish this or omit my family name if you do.


Respectfully,

*P. Basil*

P. Basil



# AMERICAN UNIVERSITY
W A S H I N G T O N ,  D C

**FILED**

JUN 21 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

June 14, 2013

The Honorable Amy Berman Jackson
Associate Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Leave to file GRANTED

Amy B. Jackson  Date 6/21/13
United States District Judge

13-cr-58

Re: Jesse Jackson, Jr.

Dear Judge Jackson:

I write in support of Jesse Jackson, Jr., who will appear before you for sentencing on July 3, 2013. The purpose of my letter is to share what I know about Jesse Jr. in the hope that you will show leniency as you determine the appropriate sentence.

I am a professor at American University Washington College of Law where I teach Criminal Law, Criminal Procedure, and related courses. Prior to joining the academy, I worked at the Public Defender Service for the District of Columbia ("PDS") for twelve years. During my tenure at PDS, I served as a staff attorney and as the agency's deputy director and director. For one year (after my years at PDS and before entering the academy), I served as the Executive Director of the National Rainbow Coalition. It was during that time that I met Jesse Jackson, Jr.

I worked at the Rainbow Coalition for one year – from 1994 to 1995. During that year, I worked very closely with Jesse Jackson, Jr. He was the organization's field director at that time, and I had almost daily contact with him as he worked to build the organization. When I first met Jesse Jr., I was struck by how smart, serious, and organized he was. He had a true passion for social justice and worked hard to modernize the office and the organization so that its members could communicate effectively as they advocated for policies that promoted civil rights and social justice. I spent many hours talking with Jesse Jr. about his vision for the organization and working with him to achieve that vision. He worked to establish local chapters of the organization so that its members could more effectively advocate for progressive policies in their communities. I was so impressed by his intelligence, commitment and dedication to public service.

I left the Rainbow Coalition after a year to join the legal academy, but I remained in touch with Jesse Jr. and was so happy to hear that he was elected to the House of Representatives. Although I did not maintain constant contact with him after he became a Congressman, I did speak with him from time to time and followed his career in the news. I was not surprised that he was as serious and dedicated in his work in Congress as

he was when he served as field director at the National Rainbow Coalition. Jesse Jr. was a fierce advocate for his constituents and for civil rights for all Americans.

My heart dropped when I heard that Jesse Jr. had been charged with criminal offenses, but I have never wavered in my support for him. He is a good person who has made some bad choices. I know that he is having mental health challenges, and I have no doubt that they have affected his behavior. Jesse Jr. has accepted full responsibility for his actions and has not used his mental health as an excuse for his behavior. However, I hope that you will consider his mental health as you determine the most appropriate sentence.

Jesse Jackson, Jr. has a record of public service and doing good for others. He has made mistakes, but he still has so much to offer his family, his community and the nation. I ask that you show leniency as you sentence him so that he may return to his family, continue to get treatment for his health problems, and go back to serving his community in an appropriate and productive way.

Thank you for your consideration of these views.

Respectfully submitted,

Angela J. Davis
Professor of Law

Judge Amy Berman Jackson:

In regards to Jesse Jackson, Jr & his wife Sandi Jackson. I read where you rec'd many letters urging leniency. How could anyone with a conscious consider leniency. Gov. Blajovich went to prison for 10 yrs, and money didn't even change hands.

Jesse Jackson, Jr stole money from his constituents, buying LAVISH gifts, etc, while his wife Sandi knowingly lied to the IRS. Give me a break!

Many IL. Governors have been given lengthy jail time for a lot less. Mr. Jackson stole $750,000 from the taxpayers, people who elected him, and have trouble paying their taxes! Actually 4 yrs is not enough!

As for sympathy for Sandi Jackson, because she has young children, she should have thought about that before she began lying to the government! Or, maybe, they thought they could get away with it, will they?

Illinois politicians are crooked enough, Illinois is laughed at across the nation! And this is not saying all the politicians who didn't get caught yet!

The buck has to stop somewhere, let it be with you! If they get a light sentence, or Heaven forbid probation, what is this saying to the rest of us who are barely making it?

**FILED**

JUN 21 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Sandra Fast
Lyons, IL.



RECEIVED
Mail Room

1 7 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Leave to file GRANTED

_____
Amy B. Jackson          Date 6/21/13
United States District Judge



**[Clerk of the Court] Jesse and Sandi Jackson sentencing**

rihartwig to DCD_ClerkofCourt                     05/13/2013 02:09 PM
Sent by: dcd_internet@www.dcd.uscourts.gov

**FILED**

From:    rihartwig@hotmail.com
To:      DCD_ClerkofCourt@dcd.uscourts.gov         **JUN 21 2013**
Sent by: dcd_internet@www.dcd.uscourts.gov

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

13-cr-58

```
Richar Hartwig sent a message using the contact form at
http://www.dcd.uscourts.gov/dcd/contact.

For Judge U.S. District Court Judge Amy Berman Jackson

Leniency for the Jackson's.  If ever two people were given opportunities by
the citizens of the US....they are the example.  Now they want leniency
because of the pressure of being handed stardom.  Don't listen, don't do it.
They broke the law to maintain LIFE STYLE..  Sentence them accordingly

Thank you Richard hartwig
```