*[Handwritten note at top: "Judge, This is a resend with the document Jesse Jackson Jr. Signed included. M.D."]*

June 28, 2013

Leave to file GRANTED
*/s/ Amy B. Jackson* 7/10/13 Date
Amy B. Jackson
United States District Judge

13-cr-58

FILED
JUL 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

With all due respect to your judgeship and the responsibilities before you regarding Jesse Jackson Jr., I would like to thank you in advance for considering what I feel compelled to share with the court.

Jesse Jackson, Jr.'s style of representation, over a 17 year period, in the 2nd Congressional district of Illinois, is evidence that either Jesse's incapacitation or criminal activity began long before media pundits honed in on he and his wife, Sandra Lee Stevens Jackson aka Sandi Jackson. Mrs. Jackson was an intimate part of Jesse's doings long before she became an Alderman, because she was his wife. I too am a husband, however I have never sought to supply my wife or family with extravagances at the expense of my employer or unsuspecting individuals. The depths of Jesse's betrayal will be recognizable in the years to come, unfortunately in the form of people whose potential can not be fully explored, because Jesse was not focused on community or economic development; his was a selfish focus on Jackson development.

My brother Martin Lewis is a constituent in the 2nd Congressional district, who has fallen prey to "The Chicago Way", repeatedly. I have and will continue fighting on Martin's behalf until he is treated humanely and justly. Martin, who as a young, gifted scholar was studying at Rush Medical College, to become a clinical neurosurgeon, is now an older, gifted man living with mental illness and without a home.

Martin was racially discriminated against as a student and later discriminated against as a constituent, with a disability, seeking a remedy. Martin's mental illness surfaced as a direct result of the disparate treatment and indifference to his life from Chicago politicians, who he has only asked to help him help himself. Jesse added insult to Martins injury.

Jesse's campaign contributors trumped constituent concerns during his 17 years. The same Dr. Larry J. Goodman, who was complicit in Martins dismissal from Rush Medical College several years ago, was a contributor to Jesse's campaign. It's hard to believe that a mere $500 contribution could motivate a man to hear no evil, see no evil, speak no evil, however I had to consider that Dr. Larry J. Goodman has a sphere of influence whose contributions the former Congressman was seeking for his shopping sprees. Clearly not every contributor seeks to have elected officials keep problems from their doorsteps, however there are those exceptional donors. www.drlarryjgoodmanexposed.com presents an exception.

During a meeting with Jesse and Ms. Change Hayyim, Jesse signed his name to a document and directed Change to have the draft on his desk when he returned to Washington so he could file a bill. But Jesse didn't stop there; he set up a meeting for Martin with Terry Peterson at Rush. Jesse even assigned Change to work directly with us to an amicable resolution. In hindsight, it was all an elaborate hoax on another of his constituents. Jesse mockingly asked Martin if he

wanted a legislative job in his office. Jesse reneged on filing the retroactive amendment to the Civil Rights Act of 1991. Martin's hopes for justice were once again dashed when the meeting with Terry Peterson was followed by hostility from Jesse's staff. Not only would the bill not be drafted, but also we were asked to not contact "Jesse's office" anymore. As a taxpaying United States postal worker, I was stunned by Jesse's behavior as a public servant in a public office.

When it became clear that Jesse felt he had the power to treat his constituents with utter disregard, I utilized what I believed to be my right in a Democracy and became a candidate for Congress. I never imagined the fallout that would come from that decision, including my job being jeopardized under the Hatch Act. I remain astonished that I could be contacted by Ms. Nadia Pluta, with the Office of Special Counsel, ordering that I advise them what day and at what hour I would remove my name from the ballot for Congress. I am now questioning if Americans are experiencing a subtle shift from Democracy to a less tolerant form of governance.

Jackson then, and Robin Kelly now continuing to sweep Martin's opportunity for justice under the rug is highly unacceptable. Robin has taken up Jesse's mantle in her style of advocacy for constituent concerns, responding to our request for assistance with the same coldness and letter we were provided by Jesse's office. What happened to Martin's educational opportunity is happening to so many students now. Students struggling with the debt of higher education being treated unjust, without a course for remedy, is un-American.

Jesse's behavior has selfishly affected not only his children's future, but also the future of America's children. Jesse's behavior continues the stigmatization of individuals living with a mental illness, such as bi-polar. Jesse's behavior is not exemplary of a statesman and the good that he and others purport he has done should not provide cover for his transgressions.

Your honor, as I struggle to maintain my employment as a postal worker, after engaging in what I and many Americans believe is a citizens right to participate in the electoral process, I ask that you consider our situation when you exact your just penalty for Jesse Jackson, Jr. I will continue, with God's help, to work through the nightmare my family is facing as a result of Jesse's insincere acts. Had Jesse acted like the upstanding member of Congress that he and his powerful circle seek to influence you he has been, neither he nor we would be where we are today. His misusing the Congressional signature, which belongs to the people of the 2nd Congressional District of Illinois, makes it apparent that Jesse has been more than his acquaintances are now or were ever aware of.

In Jesus Name,

Reverend Marcus Lewis
(708) 287-7531

*A Bill*

APPLICATION OF AMENDMENTS AND TRANSITION RULES.

a) APPLICATION OF AMENDMENTS.—The amendments made by section 101 shall apply to *Lewis v. Russe, et.al.*, 713 F.Sup 1227 (N.D. Ill., 1989) pending on or commenced after June 15, 1989.

b) TRANSITION RULES.—
    (1) IN GENERAL.—Any orders entered by a court in *Lewis v. Russe, et.al.*, 713 F.Supp. 1227 (N.D.Ill., 1989) between the effective dates described in subsection (a) and the date of enactment of this Act that are inconsistent with the amendments made by section 101 shall be vacated if, not later than 1 year after such date of enactment, a request for such relief is made.
    (2) FINAL JUDGMENTS.—Pursuant to paragraph (1) any final judgment entered prior to the date of the enactment of this Act as to which the rights of any of the parties thereto have become fixed and vested, where the time for seeking further judicial review of such judgment has otherwise expired pursuant to title 28 to the United States Code, the Federal Rules of Civil Procedure, and the Federal Rules of Appellate Procedure, shall be vacated in whole or in part if justice requires, pursuant to rule 60(b)(6) of the Federal Rules of Civil Procedure or other appropriate authority, and consistent with the constitutional requirements of due process of law.
    (3) PERIOD OF LIMITATIONS.—The period of limitations for the filing of a claim or charge shall be tolled from the applicable effective date described in subsection (a) until the date of enactment of the Act, on a showing that the claim or charge was not filed because of a rule or decision altered the amendments made by section 101.

Section 101 of the 1991 Civil Rights Act, prohibition against all racial discrimination in the making and enforcement of contracts, reads:

Section 1977 of the Revised Statutes (42 U.S.C. 1981) is amended—
(1) by inserting "(a)" before "All persons within"; and
(2) by adding at the end the following new subsections:
"(b) For purposes of this section, the term 'make and enforce contracts' includes the making, performance, modifications, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.
"(c) The rights protected by this section are protected against impairment by non-governmental discrimination and impairment under color of State law."

The 1991 Civil Rights Act would have statutory retroactivity with specific and explicit language as above. It would be an amendment to the Civil Rights Act of 1991 President George H.W. Bush signed on November 21, 1991, the date of enactment.

*The Remedy*

KATHLEEN
HR

*I want to file this Kathleen have [illegible] my desk [illegible]*

**FILED**
JUL 1 0 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia
06/19/2013 12:21 PM



[Clerk of the Court] Jesse Jackson Jr
CarolJnsn    to: DCD_ClerkofCourt
Sent by:  dcd_internet@www.dcd.uscourts.gov

| From: | CarolJnsn@aol.com |
| To: | DCD_ClerkofCourt@dcd.uscourts.gov |
| Sent by: | dcd_internet@www.dcd.uscourts.gov |

13-cr-58

Leave to file GRANTED
Amy B. Jackson  7/10/13  Date
United States District Judge

Carol Johnson sent a message using the contact form at
http://www.dcd.uscourts.gov/dcd/contact.

I believe that it is very important that Jesse Jackson Jr receive the
consequences that anyone who steals $750,000 (three-quarters of a million
dollars) should receive.  He should NOT have any more special considerations
than anyone else would get.  Think about the message that the decision will
give to everyone, especially young people.

Leave to file GRANTED

Amy B. Jackson 7/10/13 Date
United States District Judge

13-cr-58

June 22, 2013

Judge Amy Berman Jackson

333 Constitution Ave. N.W.

Washington D.C. 20001

Dear Honorable Judge,

I hail from Chicago IL, and have resided here all my life.   The crush of political corruption has been felt heavy in both Chicago and in Illinois.   Moral fiber is lacking and often totally absent.  We have a longstanding tawdry reputation of political corruption at all levels.   Jesse Jackson Jr. has been charged with a crime in your court room and awaits sentencing.

Please do a favor for the common people, the decent people, of this municipality and send a message to Jesse Jackson Jr. and others who follow his corrupt path by assessing a stiff sentence to fit his crime of stealing $700,000.  Do not be dissuaded  by appeals from Jackson patrons about what a good fellow Jackson has been.  Certainly do not be dissuaded by Jackson's trumped-up medical condition (bipolar disorder), which never surfaced as an issue even once until the criminal investigation was well under way.

**Honorable Judge, there is a saying regarding motherhood:**  "A Mother is a Mother still, the holiest thing alive".  Certainly those elected officials charged with upholding the public  trust should be bound by a similar level of standards.  When their level of integrity is not impeccable, when their motives are self-serving and violate the public trust,  then their betrayal defiles not only themselves, but the very same people they were elected to serve.

Please send a message of hope to the people.  Despite his best efforts to deflect blame with gratuitous excuses, it is very simple:  Jesse Jackson Jr. is a corrupt politician who stole $700,000 and got caught.  He does not deserve lenient compassion.  Political  corruption has got to stop in Illinois……please.

Sincerely,

*William Pappas*

William Pappas

3046 W. Ardmore Ave.

Chicago IL 60659

**FILED**

JUL 1 0 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6700 So Crandon
Chicago, IL 60649
July 5, 2013

Leave to file GRANTED

*Amy B. Jackson*
United States District Judge
Date 7/10/13

13-cr-58

Judge Amy Berman Jackson
333 Constitution Ave
Washington, D.C. 201

Dear Judge, Berman Jackson,

My name is Nancy Ellis, a retired Chicago Public School Principal and I feel compelled to write to you and share my feelings about ex-congressman Jesse Jackson, Jr.

Simon Guggenheim School was located in Englewood, one of the poorest, racially isolated communities in Chicago. Our student body was predominately African American and very poor. Congressman Jackson enabled our students to experience educational experiences unheard of in our region.

He personally worked to ensure grants from NASA, that improved and elevated science education and enabled the students to have hands on science experiences that impacted our student body for the rest of their lives.

Students went on their first airplane ride, visited Space Camp in Huntsville, Alabama, attended Parks College, at St. Louis University, and became aware of the many careers available in Aeronautics.

Today, many of those students are adults and have successful careers, because of this experience. It would not have happened without Congressman Jesse Jackson, Jr. He changed their lives of our student body unlike any other politician, in my 34 year tenure at that school.

I pray for compassion in your sentencing of him.

Sincerely,

*Nancy Ellis*

Dr. Nancy Ellis,
Retired Principal
Simon Guggenheim Elementary School

*Leave to file GRANTED*
*Amy B. Jackson 7/10/13*
*United States District Judge*

13-cr-58 **FILED**

JUL 10 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

July 2, 2013

Judge Amy Jackson
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Jackson,

I live in Chattanooga Tennessee and stumbled across the story of the Jackson Family, several months ago. Although I did not care to read this story entirely, I was made aware that children were involved. I believe in God, in justice, and in a healthy family life. When parents make bad choices, they cause instability in their children's lives. Their bad choices don't always mean they don't care about their children, but they end up suffering. Unfortunatley, therapy will never produce the positive effects of a parent's love and care.

If prison is enforced, I ask you to allow these parents to separately do prison time, in order to prevent these children from being orphans. Although "orphan" is a harsh word, leaving children uncovered by both parents, at the same time, creates that type of atmosphere. A family member will never be able to replace or fill the void of a parent. Daddy's love can run over and fill up, until mom gets home and so on. I deal with orphan situations daily and their gut wrenching. Although the Jacksons have failed to protect and secure their children's lives, please consider the authority God has granted you over all their lives.

While engaging in illegal activity, I'm sure neither parent ever imaged that their unlawful behavior would ever jeopardize the well-being of their children. I pray that while you fulfill your oath, please have Mercy and consider the innocent ones in this whole ordeal.

God Bless,

Yolanda D Wade

July 2, 2013

Judge Amy Berman Jackson
U.S. District Court for
  The District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

*Leave to file GRANTED*

Amy B. Jackson
United States District Judge   Date 7/10/13

13-cr-58

**FILED**
JUL 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Jackson,

The enclosed tongue-in-cheek column in The Chicago Tribune expresses what my husband and I—and many of our fellow Illinois residents—think about the illegal activities of Jesse Jackson Jr. while he was supposed to be representing us.

Jackson last was seen in Congress on June 8, 2011, so our state was without representation for a very long time. His bipolar disorder surfaced only after word leaked out that he was under federal investigation.

As parents and grandparents ourselves, we think it would be wise not to have the Jacksons serve their sentences concurrently. However, we do not think they should be excused from serving their full jail time because they have children. Being fully aware they had 2 young children, they should have steered clear of any illegal activity, knowing the dire consequences of such activity if found guilty and held accountable. Jackson's being the son of Jesse Sr. also should not be a mitigating factor.

In a state like Illinois, where government corruption seems like the norm, we would be encouraged to see appropriate justice served to the Jacksons.

Respectfully submitted,

*Christine Craven*

Christine Craven
Evergreen Park, IL

# JOHN KASS
# Will Jacksons be able to talk their way out of this?



SCOTT STRAZZANTE/TRIBUNE PHOTO 2006

Former U.S. Rep. Jesse Jackson Jr., shown with his father, left, is set to be sentenced, along with Jackson Jr.'s wife, former Ald. Sandi Jackson, on Wednesday.

The stuffed elk heads of Chicago — former U.S. Rep. Jesse Jackson and his wife, former Ald. Sandi Jackson — are scheduled for sentencing in their corruption and tax case on July 3.

Our government often delivers bad news at the beginning of a three-day weekend, or before a long holiday like the Fourth of July, so that we taxpayers will have something else on our minds.

So what am I worried about in this case?

That Jackson Jr. gets a light kiss on the wrist and a mere few months at a Club Fed, and that upon his release, he and his father, the Rev. Jesse "King of Beers" Jackson — the hustler who made his career playing the race card — decide to open a restaurant.

With Paula Deen.

What should they call it?

Butter & Bud.

Prosecutors are asking for four years for Junior, and 18 months for his wife. And although all cases are different, let's not forget another case involving a guy they knew:

Former Gov. Rod Blagojevich. He's rotting in prison.

It was Blagojevich who was convicted of trying to sell the U.S. Senate seat that once was held by President Barack Obama. Now Blago is sitting on 14 years.

And who was supposed to be the beneficiary of the deal? None other than Stuffed Elk Head No. 1, Jesse Jackson Jr.

But Jackson wasn't charged. He walked away from it, cocky, until, finally, he was hoisted on the horns of his own elk head.

Those absurd his-and-hers stuffed elk heads were just two of many ridiculous items the Jacksons purchased when he pilfered $750,000 from his campaign fund.

Most was junk, from the Michael Jackson fedora to shiny wristwatches and jewelry, a list of ostentatious nonsense demonstrating appallingly bad taste. What frosts most of us is that when he was finally caught, Jackson's camp explained it all away by saying he suffered from a bipolar condition.

Yes, he may be ill.

But isn't it remarkable that crooked politicos seem to contract a terrible illness just as they're hit by the heartbreak of Feditis?

Some become alcoholics and drug addicts, others develop heart conditions, driver, is that driver's disease (alcoholism) used as a mitigating factor and as an excuse to reduce his sentence? I think we all know the answer."

The answer, of course, is no.

But that hasn't stopped the Jackson camp. And the way they've spun this out, cynically, expertly, he's not a crooked weasel. Instead, he's a sympathetic victim who would be too stressed to serve serious time.

And what's Sandi's excuse?

She's not bipolar. But she spent the money along with him. If she really hated the elk heads, she had her chance years ago to do something about it.

Those of you who've paid attention to other corruption trials can figure the liturgy that's likely to be sung in the Washington courtroom on ing and talking, raging and rhyming, hustling guilt and fear and using it to leverage a nice career and plenty of money.

He spent decades playing the race card, passing judgment from a pulpit built for him by a media once terrified of him. He is a creature of the media.

And perhaps there is nothing so malleable as white reporters fearful they could be denounced as racists.

So by some silent, unwritten contract, the Rev became the arbiter of race. All reporters had to do was put a microphone near his mouth. And he did the rest.

Like leveraging a congressional seat for one son, and a Budweiser distributorship for another after leading a national black boycott against Anheuser-Busch.

...jumpsuit to show the judge his ter... cuff... Wednesday. Jackson may beg mercy, perhaps... The Bud business exposed him, finally, and the threat that Jackson...

Most recover, miraculously, the moment they're free. And if Jackson's mouthpieces get their way, he won't do any time. They argue that he's mentally ill, but that federal prison psychiatrists aren't good enough for him.

I'm no psychiatrist, but if I were, I'd prescribe four full years in prison, with another four added to help him clear his head.

Wheaton dentist Martin Dettmer has written to the sentencing judge asking that the Jacksons receive their full sentences. He sent a rhetorical question to me the other day.

"In cases of vehicular manslaughter where lives are lost to a drunk judge's knees might be overdoing it. First, though, tearful letters of sympathy may be read aloud.

For crooked politicians, the letters of lament are depressingly similar. They're always about the many kindnesses shown by the politician to various little guys.

The Reverend might like to speak as well, because he always has something to say, but that's not likely Wednesday — not in court at least.

Most Chicagoans, I think, aren't interested in separating the father from the son. Most of the public's animosity leveled at Junior is actually meant for the father.

The old man spent a lifetime talking. He inched from fearsome to caricature.

Then, a few years ago, the Jackson were completely eclipsed by Obama.

Now it appears the Reverend is ready to embrace Paula Deen, as if to heal her of a confessed racist past. He should heal her in New York, after teaching her what he used to call that town.

In their beginning, the Jacksons were only about talk. In their end, they are still only about talk.

And talk gets old, like stupid stuffed elk heads on the wall.

*jskass@tribune.com*
*Twitter @John_Kass*

John Colwell
1214 S. Federal St., Unit J
Chicago, IL. 60605
6/24/13

District Judge Amy Berman Jackson
The US District Court for DC
333 Constitution Ave. N.W.
Washington, D.C. 20001

**Leave to file GRANTED**
Amy B. Jackson 7/10/13 Date
United States District Judge

**FILED**
JUL 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

13-cr-58

Dear Judge Jackson,

Sure Jesse Jackson Jr. is hurting, but who wouldn't upon having their career prematurely terminated like many of us have. Mr. Jackson is a coward / con artist using the veil of depression in the hopes of garnering sympathy to lessen the consequences he's faced with; anyone can fake such terrifying depression or at least deserve it as self-inflicted. Who wouldn't be severely depressed in such circumstances, but unlike Mr. Jackson who can count on his family's fortune in the Chicagoland beer distributorship that they were granted through coercive means, the rest of us have to pull ourselves up by our own bootstraps and trudge on without a sugar daddy to save us.

Mr. and Mrs. Jackson deserve to be punished to the fullest extent of the law for their betrayal of the public trust due to their total disregard of hardworking taxpayers by not paying their taxes and siphoning off campaign money for personal extravagance.

John
Colwell

Judge Amy Berman Jackson,

I understand you will be sentencing judge for Jesse & Sandi Jackson. I live on the outskirts of Chicago and am watching this case carefully. Here in Chicago we are so tired of the cheating and politicking. People like the Jacksons fell into their positions from the Jackson name and continue to cheat and lie. I feel the only way to stop this behavior is by stiff sentencing. Myself and others work very hard to support our families. It is so defeating seeing people like the Jacksons using peoples' hard earned tax money to live lavishly and getting away without just punishment. Blagojevich and George Ryan are paying for their dishonesty. Please make the Jacksons pay also... stiff sentences and no pension.

I feel the need to write you because I heard on the news that

*Leave to file GRANTED*
*Amy B. Jackson 7/10/13*
*United States District Judge*

13-cr-58

FILED
JUL 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

other groups are petitioning you for light sentences. Bi polar disease and depression were diagnosed when Jesse Jr. discovered he was being investigated. The Jacksons are not honest and have stolen.

I trust you will be just in your sentencing. The tax payers are watching and waiting.

Thank you,
Lynette Guttman



**[Clerk of the Court] Mr. & Mrs. Jessie Jackson Sentencing**
FUELER12   to: DCD_ClerkofCourt                           06/27/2013 10:37 PM
Sent by: dcd_internet@www.dcd.uscourts.gov

EUGENE RATHGEB sent a message using the contact form at
http://www.dcd.uscourts.gov/dcd/contact.

U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001
Attn: Judge Amy Berman Jackson

13-cr-58

FILED
JUL 10 2013

Leave to file GRANTED
Amy B. Jackson  7/10/13  Date
United States District Judge

U.S. District & Bankruptcy Courts for the District of Columbia

This letter is in regards to the sentencing of Jesse Jackson Jr and his wife.

If respect for the courts is to be maintained, then letters from minors asking for mercy should be disregarded. The only reason these letters are being written, are to make the court look like fools.

The Jackson's knew exactly what they were doing and knew it was illegal. They are highly educated individuals who only had their own interests at heart. It is evident by the items that were purchased.

Mercy could be considered if campaign funds were illegally used to purchase items that could be used by their constituents.

Their children will be well cared for by their relatives, who have considerable wealth. Yes, they will be away from parental guidance, but if it is explained to the children properly, there should be no problem. How were the children cared for when the Jackson's were attending to required events of their political offices? I would think there was a nanny utilized, and the nanny should be retained for the length of their incarceration.

Again, I think the court is being made a mockery of by these tactics and will not be taken seriously if these letters are considered. If we are to retain any respect for law and order and think of the consequences of committing a crime, proper sentencing has to take place.

**FILED**

JUL 10 2013



[Clerk of the Court] Jesse and Sandi Jackson
Jmurphy    to: DCD_ClerkofCourt
Sent by:  dcd_internet@www.dcd.uscourts.gov

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia
06/17/2013 05:16 PM

| From: | Jmurphy@wundernet.com |
| To: | DCD_ClerkofCourt@dcd.uscourts.gov |
| Sent by: | dcd_internet@www.dcd.uscourts.gov |

13-cr-58

Leave to file GRANTED

Amy B. Jackson  7/10/13   Date
United States District Judge

Jim Murphy sent a message using the contact form at
http://www.dcd.uscourts.gov/dcd/contact.

It sounds like everyone is asking for leniency for these two...they have
kids, they need high-end medical treatment, they are almost out of money.
How can a regular citizen like me ask for NO leniency?  They both ripped off
everybody for years, lied about it, and now want priviledges because they are
Jesse jackson's family?  This is wrong...they should be treated like everyone
else and they should go to jail.

**FILED**
JUL 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



**[Clerk of the Court] Sentencing of Jessie Jackson jr.**
**Marianne2428** to: DCD_ClerkofCourt
Sent by: dcd_internet@www.dcd.uscourts.gov

06/23/2013 10:41 AM

From: Marianne2428@yahoo.com
To: DCD_ClerkofCourt@dcd.uscourts.gov
Sent by: dcd_internet@www.dcd.uscourts.gov

13-cr-58

Leave to file GRANTED
Amy B. Jackson 7/10/13 Date
United States District Judge

Marianne Bartkowski sent a message using the contact form http://www.dcd.uscourts.gov/dcd/contact.

Dear sir,
Please give this message to judge Amy Bergman Jackson . I have read that you have received some requests for leniency for the above from some prominent people. I am not a prominent person but just a Chicago resident. I ask you to NOT grant any leniency toward either mr. Jackson nor his corrupt wife in any sentencing ! They deserve to have the book thrown at them for their betrayal of their constituents! As a power wielding couple !!!!!!!  They doubly took advantage of their position! We residents are tired of such politicians who should be made an example of instead of getting leniency! Please do not follow in the path of others who find sympathy in his " mental illness" !
This is ridiculous! They're both criminals and deserve the toughest sentence to discourage such corruptness  in the politicians that are suppose to represent us! Please! Please don't fall for this ruse!
Marianne Bartkowski
Chicago

June 26, 2013

United States District Judge Amy Berman Jackson

333 Constitution Ave. NW

Washington, DC 20001

13-cr-58

**FILED**
**JUL 1 0 2013**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Leave to file GRANTED
Amy B. Jackson
United States District Judge
Date 7/10/13

Dear Judge Berman Jackson,

My name is Steve Maes and I am a resident of New Lenox, Illinois which is a small town situated 36 miles southwest of Chicago. I am a life-long resident of Illinois and felt extremely compelled to write to you concerning you upcoming decision in sentencing two former Illinois politicians, former Congressman Jesse Jackson Jr. and former Chicago Alderman Sandi Jackson.

Being a life-long Illinois resident it has sickened me over the years to see many Illinois politicians not serve the people of Illinois. They are the greedy types who have only their best interests in mind. There is absolutely no excuse for their behavior as we are talking about very highly educated individuals. These individuals were entrusted by the people of Illinois and Chicago to do the right thing by being elected to their respected offices. Not only have they betrayed the trust of the people they have committed crimes against those very same people and, in my opinion, must now be held responsible for their actions. Have these two individuals not learned from seeing what other criminal activity former politicians have been involved in done to their personal and professional lives?

I strongly believe you have to be extremely tough on both of these individuals and send a stronger message than has ever been sent when dealing with criminally-intent politicians. If you don't the string of illegal activity will continue with no end in sight. I vote that you throw the book at both of these individuals. They should have thought long and hard as to what the consequences of their actions could have been BEFORE committing those illegal and unethical activities.

Please send a strong signal that will not be taken lightly and sentence both of them to the maximum penalty and to serve their terms at the same time due to them committing their crimes at the same time. If any other mother and father committed crimes at the same time I highly doubt a Judge would let the criminals dictate who should server their prison sentence first.

Respectfully,

*[signature]*

Steve Maes

6/25/13
Honorable Judge Amy Berman Jackson
United States District Court
For the District of Columbia D.C
Congressman Jesse Jackson and Alderman Sandi Jackson case of 2012-2013

Leave to file GRANTED

Amy B. Jackson  7/10/13  Date
United States District Judge

Hello Honorable Judge Amy Berman Jackson I hope that you are doing well, I am writing to you on the behalf of Mr. Jesse Jackson and Mrs. Sandi Jackson. Your honor I would like to ask you for leniency for Mr. Jackson and Mrs. Jackson, You're Honor I am not asking you for leniency for Mr. Jackson illness but I am asking you for leniency because this is his first offense.

You're Honor I am not asking you for leniency for Mrs. Jackson because of what she has been accused of, I am asking you for leniency for Mrs. Jackson because this is also her first offense.
You're honor I'm asking you to look at Mr. Jackson case very carefully and to look at other situations just like heels that will never be brought to trial.

You're Honor I would like for you to look at the people who is prosecuting Mr. Jackson, they are doing this for their own political reasons, they never prosecuted the Postmaster General for Embezzling 30 million dollars and giving it to this guy by the name of Lance Armstrong a bicycle rider which was not a representative of the U.S., why is that? the money Mr. Jackson receive was not taxpayers money but it was money from people who like to control politicians, they really don't care what him or his wife did with the campaign money,
this is something that happened in Washington every single day with lobbyists giving politician's money for favors, so I asked you You're honor what is the difference between lobbyists giving politician's money or voters donatingrrrrrrrrr n n money to politician's. Voters are just like lobbyists we donate money to politicians for favors so you're honor I am asking you to SOL Mr. Jackson case for 2 years with community service. So why should Mr. Jackson go to jail for something that goes on every single day in Washington. You're honor this is not State vs. Mr. Jackson this is Republican vs. Democrat, this is their way of removing people out of office that they don't like, the court system should not be used for their political fights. I am also asking you you're honor to SOL Mrs. Jackson case, I believe this was a oversight on her behalf, think about it you're honor, last year G.E and a lot other Corporate Companies did not pay any taxes at all and not one of them went to jail, so I asking you you're honor, why should Mrs. Jackson go to jail, when others do not pay their taxes at all;
I would like to thank you Judge Amy Berman Jackson for your time and understanding.
I am an Independent Consultant; I do not work for any groups or any organization of any kind.

God bless you and your family.
Thank you in advance for your consideration.

Sincerely,

*Larry Price*
Larry Price

priceinnovation@yahoo.co.uk
773-787-9160

**FILED**

JUL 10 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia




To: Judge Amy Berman Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C.20001

From: Marianne Bartkowski
2428 Ridgewood Ct.
Aurora, Illinois 60187

Re: Sentencing of Jesse Jackson Jr.

Leave to file GRANTED.

Amy B. Jackson  7/10/13 Date
United States District Judge

13-cr-58

**FILED**
JUL 10 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Jackson,

I understand that you have received some requests for leniency from some prominent people in your sentencing of Jesse Jackson Jr. I am not a prominent person but I am a Chicagoan who is requesting that you not afford him ANY leniency whatsoever.

He is a crook. He is a fraud. He is one of the worst politicians from the State of Illinois/ Chicago already known for its corruption. To sentence him with leniency would further promote the corruptness in Chicago. Both he and his wife Sandy as a team!! glaringly took advantage of their position at the taxpayers expense! We were left without representation for over 8 months while he played on our sympathy with his "mental illness"! What a slap in the face to those of us who have "Bipolar" relatives or friends who have never blamed their condition for cheating, stealing or fraudulent behavior.

And now his lawyers are whining about him not being able to get the best medical attention in prison???!!! He HAD the best medical attention! It didn't help him be honest and trustworthy!

Lets stop treating him with kid gloves because of his political connections! Throw the book at him. He deserves it more than anyone. How many other criminals have had their sentences massaged so that they could be home with their children? None, I'm willing to bet!

Please stand up and be different! Give him the maximum! He deserves it! Give a message to all politicians that they will have to pay for their criminal acts…….period…..no sympathy! For either of them! They sicken me!

Thank you for listening to common sense here!

Marianne Bartkowski