**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 13-cr-58 (ABJ) |
| | : | |
| **JESSE L. JACKSON, JR.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

The parties jointly submit this status report to advise the Court of the status of the forfeiture in this matter as ordered by the Court on October 25, 2013. Also on October 25, 2013, the defendant provided a check in the amount of $200,000.00 to the United States Marshals Service. The defendant is in the process of closing on a refinancing of his home mortgage and will pay the remainder of his forfeiture money judgment via a wire transfer to the United States Marshals Service in the amount of $550,000.00 prior to June 1.

The parties will file a further joint status report by May 22, 2014, advising the Court of the status of the defendant's payment of the remainder of his forfeiture money judgment.

Respectfully submitted,

_____/s/_____
Catherine K. Connelly (Mass. Bar # 649430)
Anthony Saler (D.C. Bar #448254)
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202)-252-7732 (Connelly)
(202) 252-6971 (Saler)
Catherine.Connelly2@usdoj.gov
Anthony.Saler@usdoj.gov

_____/s/_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
William L. Drake (D.C. Bar #990244)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
bheberlig@steptoe.com
rweingarten@steptoe.com
wdrake@steptoe.com
Counsel for Defendant Jesse L. Jackson, Jr.