IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO.: 1:13-CR-00058-ABJ-1**

**JESSE L. JACKSON, JR.**  **DEFENDANT**

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**COMES NOW,** your defendant, Jesse L. Jackson, Jr., by and through undersigned counsel, and respectfully files this his Motion for Early Termination of Supervised Release, pursuant to 18 U.S.C. § 3583(e) and F.R.C.P. 32.1(c), and as grounds in support of same would respectfully show unto this Honorable Court the followings, to-wit:

1.

Pursuant to the one count Bill of Information filed on February 15, 2013, your defendant entered his guilty plea to same on February 20, 2013. On August 14, 2013, Defendant was sentenced to serve thirty month's imprisonment followed by three years supervised release, one hundred dollar ($100.00) special assessment, and forfeited seven hundred fifty thousand dollars ($750,000.00), along with other standard and mandatory conditions.

2.

Defendant successfully completed his term of imprisonment and began his supervised release on September 18, 2015. Defendant has now successfully completed approximately eighteen (18) months of the thirty-six months supervised release term. To-date, Defendant has been compliant and satisfied all conditions of supervised release, including payment of the one hundred dollar ($100.$^{00}$) special assessment and has satisfied the seven hundred fifty thousand dollar ($750,000) forfeiture/judgment.

3.

Your defendant has maintained a positive and cooperative relationship with his probation officer and has abided by all terms and conditions of his supervised release.

4.

Based upon a recent Sentencing Commission study released in March 2016, most recidivism will occur within the first two years of an offender's re-entry into the community. *See* Ex. A.

5.

Further studies have shown shortening the supervision term for compliant offenders does not negatively affect public safety. Therefore, courts have been afforded the authority to reduce the term of supervised release if they find that a reduction is warranted by the conduct of the offender and that the interests of justice will be served.

**WHEREFORE, PREMISES CONSIDERED**, your Defendant, Jesse Jackson, Jr., by and through counsel respectfully requests that this his Motion be granted, and his supervised release be terminated for good cause.

Respectfully submitted,

*/s/ John M. Colette*
John M. Colette

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and all interested parties and have served a true and correct copy of same via the Court's electronic filing system on all parties.

This the 24th day of February, 2017.

                                              */s/ John M. Colette*
                                               John M. Colette

**TRICIA PURKS HOFFLER, DCB#419816**
Edmond, Lindsay & Hoffler, LLP
334 Woodward Av. SE
Atlanta, Georgia 30312
(404) 525-1080 Office
(404) 525-1073 Facsimile

**JOHN M. COLETTE, MSB#6376**
John M. Colette & Associates, P.A.
501 S. State Street
Jackson, Mississippi 39205-0861
(601) 355-6277 Office
(601) 355-6283 Facsimile