**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 13-CR-00058-ABJ** |
| **v.** : | |
| : | |
| **JESSE L. JACKSON, JR.,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that it does not oppose the defendant's Motion for Early Termination of Supervised Release (ECF No. 68). The defendant has satisfied all of his financial obligations. He paid his $100 special assessment and his $750,000 forfeiture money judgment. See Joint Status Report, ECF No. 62. The defendant completed his required 500 hours of community service. The United States Probation Office has advised that the defendant has not committed any violations while on supervised release.

**WHEREFORE**, the government respectfully informs the Court that it does not oppose the defendant's Motion.

                                                  Respectfully submitted,
                                                  CHANNING D. PHILLIPS
                                                  United States Attorney

By:           /s/                
      ANTHONY SALER
      D.C. Bar No. 448254
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-6971
      Anthony.Saler@usdoj.gov